JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Ben A. Pardre,  ) | EDCV 10-01988-JVS(MANx) |
|              ) | |
|     Plaintiff,  ) | ORDER OF DISMISSAL FOR |
|              ) | |
|    v.        ) | LACK OF PROSECUTION |
|              ) | |
| Wells Fargo Bank NA, et al.,  ) | |
|              ) | |
|     Defendants.  ) | |

The Court having issued an Order to Show Cause on <u>March 10, 2011</u> as to why this action should not be dismissed for lack of prosecution, with a written response due on March 21, 2011 and no response having been made,

IT IS HEREBY ORDERED that this action is dismissed for lack of prosecution pursuant to Federal Rule of Civil Procedure 41(a)(2).

DATED: March 22, 2011

_____
James V. Selna
United States District Judge